AO 83 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
### District of Hawaii

ORIGINAL

SEALED BY ORDER OF THE COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 00-00245DAE-LEK |
| DIONICIO BANUELOS<br>aka "Edgar", aka "Nicio"<br>(Name and Address of Defendant) | |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
FEB 23 2007
at 10 o'clock and 50 min. A M
SUE BEITIA, CLERK

YOU ARE HEREBY COMMANDED TO ARREST DIONICIO BANUELOS and bring him or her forthwith to the nearest magistrate to answer an Indictment, charging him or her with (brief description of offense)

Conspiracy to knowingly and intentionally distribute and possess w/intent to distribute heroin-Count 1.

in violation of Title 21 United States Code, Section(s) 846.

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *(signature)* | June 14, 2000 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL    By: Francis I. Yamashita, United States Magistrate Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Special Agent | |
| Date of Arrest DEC 04 2002 | Rachel S. Byrd | Rachel S. Byrd |